# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Alvaro Ramirez-Gonzalez, on behalf of himself and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> AZK Restaurant, Inc. d/b/a 3 Guys Restaurant, and Konstantinos Athanasiou <br><br> *Defendant(s)* | Civil Action No. 22-CV-3091 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AZK Restaurant, Inc. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue - 6th Floor, Albany, NY 12231;

Konstantinos Athanasiou, 1381 Madison Avenue, NY, NY 10029.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*