UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  Attorney: CILENTI & COOPER, PLLC

---

ALVARO RAMIREZ-GONZALEZ, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED

                                                  Plaintiff(s)

                  - against -

AZK RESTAURANT, INC. D/B/A 3 GUYS RESTAURANT, ETANO

                                                  Defendant(s)

Index # 1:22-CV-03091-JMF

Purchased April 15, 2022

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 3, 2022 at 12:30 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION COMPLAINT, CONSENT TO SUE on AZK RESTAURANT, INC. D/B/A 3 GUYS RESTAURANT therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 65 | 5'2 | 130 |

Sworn to me on: May 9, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER | STEVEN C. AVERY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 | |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County | |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 | Invoice #: 784306 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045