UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CILENTI & COOPER, PLLC

ALVARO RAMIREZ-GONZALEZ, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED

Plaintiff(s)

- against -

Index # 1:22-CV-03091-JMF

AZK RESTAURANT, INC. D/B/A 3 GUYS RESTAURANT, ETANO

Purchased April 15, 2022

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

NICHOLAS VIVEROS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 4, 2022 at 12:51 PM at

1381 MADISON AVENUE
NEW YORK, NY 10029

deponent served the within SUMMONS IN A CIVIL ACTION AND FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION COMPLAINT, CONSENT TO SUE on KONSTANTINOS ATHANASIOU therein named.

**INDIVIDUAL**  by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | SALT & PEPPER | 55 | 5'10 | 185 |

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: May 6, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

NICHOLAS VIVEROS
License #: 2094853
Invoice #: 784307

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045