UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
ALVARO RAMIREZ-GONZALEZ, *on behalf of himself* :
*and others similarly situated*, :
: 22-CV-3091 (JMF) (JLC)
Plaintiff, :
: ORDER OF REFERENCE
-v- : TO A MAGISTRATE
: JUDGE
AZK RESTAURANT, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

The parties are directed to contact the Chambers of Magistrate Judge Cott no later than **one week after an answer is scheduled** to schedule a settlement conference to take place **at least two weeks before the initial pretrial conference**, scheduled for **June 28, 2022**.

SO ORDERED.

Dated: April 15, 2022
       New York, New York
                                                          _____
                                                          JESSE M. FURMAN
                                                          United States District Judge