UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                                      :

ALVARO RAMIREZ-GONZALEZ,                         :

                        Plaintiff,                               :

                                                                       :               22-CV-3091 (JMF) (JLC)

                  -v-                                     :

                                                                       :                     <u>ORDER</u>

AZK RESTAURANT, INC. et al.,                          :

                        Defendants.                        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has been informed by Magistrate Judge Cott that the parties have reached a settlement in principle and that he has set associated deadlines for review of the settlement agreement. Accordingly, the initial pretrial conference scheduled for September 28, 2022, is CANCELED.

       SO ORDERED.

Dated: September 14, 2022
       New York, New York                                  _____
                                                                           JESSE M. FURMAN
                                                                           United States District Judge